THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY POOLE EQUIPMENT COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ENTRY OF DEFAULT**<br>Case No. 5:13-CV-867 –D |
| ROYAL TRACTOR COMPANY, INC. | ) ) | |
| Defendants. | ) | |

Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Royal Tractor Company, Inc. has failed to appear, plead, or otherwise defend, default is entered Defendant Royal Tractor Company, Inc.as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: March 11, 2014

_____
Clerk of Court
United States District Court, EDNC