THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY POOLE EQUIPMENT COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFAULT JUDGMENT** <br> **CASE NO: No. 5:13-CV-867-D** |
| ROYAL TRACTOR COMPANY, INC. | ) ) | |
| Defendants. | ) | |

Defendant Royal Tractor Company, Inc. has failed to plead or otherwise defend in this action, and default has been entered.

It appears to the Court upon motion of Plaintiff that Defendant Royal Tractor Company, Inc. is indebted to Plaintiff in the amount of $70,269.90 plus interest at the legal rate of 8% per annum from March 27, 2013 until paid in full and in the amount of $56,150.00 plus interest at the legal rate of 8% per annum from October 24, 2013 until paid in full, plus the costs of this action;
and the costs of this action, over and above all credits, setoffs, payments or counterclaims, that Defendant Royal Tractor Company, Inc. has been defaulted for failure to appear.

IT IS THEREFORE ORDERED that Plaintiff recover judgment against Defendant Royal Tractor Company, Inc. in the amount of $70,269.90 plus interest at the legal rate of 8% per annum from March 27, 2013 until paid in full and in the amount of $56,150.00 plus interest at the legal rate of 8% per annum from October 24, 2013 until paid in full, and the costs of this action, over and above all credits, setoffs, payments or counterclaims.

SO ORDERED. This __24__ day of April 2014.

James C. Dever III
Chief United States District Court Judge